IN THE MATTER OF PETITION OF THOMAS F. X. SMITH, MUNICIPAL CLERK OF THE CITY OF JERSEY CITY, IN RE RECALL ELECTION OF THE CITY OF JERSEY CITY.

THOMAS F. MC GOVERN, *ET AL.* v. THOMAS F. X. SMITH.

September 21, 1971. Petitions and cross petition for certification denied. (See 114 *N. J. Super.* 421)

BEN ROSENBLUM v.
MAYOR AND COUNCIL OF TOWNSHIP OF MADISON.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DELBERT L. WOOD.

September 21, 1971. Petition for certification denied.

MOLLY MARVUGLIO t/a GREEN KNOLL REALTY v. WILLIAM S. GRIMALDI, *ET AL.*

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WADE HAMPTON.

September 21, 1971. Petition for certification granted.

ANTONIO V. RODRIGUEZ, v. WASH PRESS & DIE CO., *ET AL.*

September 21, 1971. Petition for certification denied.